Stephane Cosman Connery et al., Respondents, v Burton S. Sultan, Appellant.

Submitted November 16, 2015; decided December 17, 2015

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order as affirmed so much of the Supreme Court order as pertains to the motion in that court

for the imposition of sanctions, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.